AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jeramiah Caplinger | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Jeramiah Caplinger _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(d) - Climbing on U.S. Capitol Grounds.

Date:    04/01/2021                                   2021.04.01
                                                      21:20:17 -04'00'
                                          _Issuing officer's signature_

City and state:        Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                      _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 4/1/2021 , and the person was arrested on _(date)_ 4/6/2021 at _(city and state)_ Taylor, Michigan . |
| Date: 4/6/2021                                          _Arresting officer's signature_ |
| Special Agent Jeffrey Lowrey                            _Printed name and title_ |