# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-342-PLF |
| : | |
| JERAMIAH CAPLINGER, : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE FOR 30 DAYS

The United States of America and the defendant, Jeramiah Caplinger, jointly request to continue the status conference, set for July 9, 2021, approximately 30 days to a date convenient for the Court.[1]

As grounds for the motion, the government states that on May 5, 2021, the government filed an Information, charging the defendant with: entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); disorderly conduct in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D); parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G); and climbing on U.S. Capitol Grounds, in violation of 40 U.S.C. § 5104(d).  Since that date, the government has produced discovery to the defendant, and the parties are in active plea negotiations.

The parties would request an additional 30 days to finalize a plea agreement.  The parties anticipate requesting to change the status conference to a Rule 11 hearing.

The parties would further request that the Court exclude the period from July 9, 2021 to

---

[1] The government respectfully requests a date outside of the week of August 9, 2021.  The government will be on trial for one week.

the new date for a status conference, finding that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A.

                                             Sincerely,

| | |
|---|---|
| JERAMIAH CAPLINGER, | CHANNING D. PHILLIPS<br>Acting United States Attorney |
| /s/ *James Gerometta* (by LS)<br>James Gerometta<br>Assistant Federal Defender<br>631 Abbott Street<br>5th Floor<br>Detroit, MI 48226<br>Telephone No. (313) 967-5839<br>James_Gerometta@fd.org | By:   /s/ *Lucy Sun*<br>Lucy Sun<br>Assistant United States Attorney<br>Detailee – Federal Major Crimes<br>United States Attorney's Office<br>for the District of Columbia<br>Telephone No. (617) 590-9468<br>Lucy.sun@usdoj.gov |