UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-342-PLF |
| | : | |
| JERAMIAH CAPLINGER, | : | 40 U.S.C. § 5104(d) |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Jeramiah Caplinger, with the concurrence of his attorney, agree and stipulate to the below factual basis for his guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police.   Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.   Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.   During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020.  The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured.  Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.   The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers.   Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day.   In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.   The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Jeramiah Caplinger's Participation in the January 6, 2021, Capitol Riot*

8.      On January 6, 2021, Jeramiah Caplinger entered the U.S. Capitol grounds and proceeded to scale a wall of the U.S. Capitol to reach the Upper Terrace level of the U.S. Capitol building.   Prior to doing so, Caplinger did not receive the permission of the U.S. Capitol Police, or any law enforcement officer, to scale the wall.

9.      Caplinger then entered the U.S. Capitol at approximately 2:23 p.m. through the Senate Wing Doors.

10.     At approximately 2:25 p.m., Caplinger entered the Crypt.   Seconds before, rioters filled the room and pushed past law enforcement officers inside of the Crypt to access the other

side of the room.   After entering the Crypt, Caplinger joined rioters in rushing across the room to the House side of the U.S. Capitol.

11.     At approximately 2:33 p.m., Caplinger walked through the Speaker Suites on the second floor of the U.S. Capitol, and at approximately 2:40 p.m., Caplinger entered the Rotunda.

12.     Caplinger approached the Columbus Doors at approximately 2:47 p.m. and exited through the doors at approximately 2:55 p.m.

13.     On January 6, 2021, at approximately 4:34 p.m., an individual believed to be Caplinger's sister messaged Caplinger on Facebook and stated, "[] how's rioting going lol?"

14.     Caplinger replied, "Greeaat" and "One lady already shot."   When his sister responded, "Oh my," Caplinger stated, "Glad I had body armor."

15.     On February 12, 2021, in a Facebook message to an individual believed to be a reporter, Caplinger told the individual that he scaled the wall because "it looked fun."

16.     Caplinger knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and he did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:     /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov