UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 21-0342 (PLF) |
| JERAMIAH CAPLINGER, | ) |
| Defendant. | ) |

## ORDER

On April 15, 2021, Magistrate Judge G. Michael Harvey issued an order releasing defendant Jeramiah Caplinger on personal recognizance, subject to conditions. Order Setting Conditions of Release [Dkt. No. 9]. On November 5, 2021, Mr. Caplinger appeared via Zoom videoconference before the undersigned for a plea hearing. In light of the representations of counsel for Mr. Caplinger and counsel for the United States at the November 5, 2021 hearing, and for the reasons stated on the record at that hearing, it is hereby

ORDERED that the Mr. Caplinger's conditions of release are amended to include the following condition: Report to U.S. Probation and Pretrial Office for the Eastern District of Michigan for a mental health evaluation, comply with all treatment recommendations, and sign all required releases of information to obtain and report treatment compliance to the Court.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/8/21