UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-342 (PLF) |
| v. : | |
| : | |
| JERAMIAH CAPLINGER, : | |
| : | |
| Defendant. : | |

## ASSENTED-TO MOTION TO SEAL EXHIBIT A

The United States requests permission to file the defendant Jeramiah Caplinger's December 17, 2021, interview with the Federal Bureau of Investigation ("FBI"), which is Exhibit A to the government's Sentencing Memorandum, under seal.

As grounds for the request, the government states that on December 17, 2021, as a condition of the defendant's plea agreement, the FBI conducted an interview of the defendant, in which the defendant discussed family, friends, and acquaintances, some related and unrelated to the January 6 investigation.  Given the information the defendant provided, there is an overriding interest in keeping the identities confidential that outweighs the need for public disclosure.

The defendant assents to the filing of the interview under seal.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   /s/ *Lucy Sun*  _____
        Lucy Sun
        Assistant United States Attorney
        Detailee – Federal Major Crimes

United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.Sun@usdoj.gov