**Photo ID**

███████████████

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-12-02 00:50:01 UTC
**Post** Exactly

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-12-01 04:31:42 UTC
**Post** Lmfao

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-12-01 04:07:32 UTC
**Post** Literally watching a fracture happening, people has less and less confidence in the government

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-11-30 17:21:37 UTC
**Post** Twitter facebook, and democrats are LIARS also Joe Biden is NOT president elect

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-11-30 05:44:17 UTC
**Post** Canada sucks

**Id** ███████████████
**Post Author** Jeramiah Ray Caplinger (███████████████)
**Post Date** 2020-11-29 04:57:33 UTC
**Post** Stop the steal rally today
**Attachments** (███████████████)
**Description**
**Time** 2020-11-29 04:57:27 UTC
**Type** image/jpeg
**URL** https://scontent.xx.fbcdn.net/v/t1.0-9/128597107_291408450883598 0_4492747830313723300_n.jpg?_nc_cat=110&ccb=2&_nc_sid=07e735&_nc_ohc=52mi9C9pOnQAX8Qabe1&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=b863b0fba9b7aa80cbe029c6b68200c6&oe=60303C3A

**Post Date**           2020-12-11 03:12:58 UTC
**Post**                Anyone else ?

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-11 02:26:23 UTC
**Post**

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-08 23:17:12 UTC
**Post**                Yupp

Tyranny Response Team Michigan (████████████████)
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2021-01-04 17:51:30 UTC
**Post**                President Trump to March With The People

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-29 16:06:50 UTC
**Post**                They're trying to shut down hotels

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-27 18:29:03 UTC
**Post**

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-25 15:28:11 UTC
**Post**

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-25 03:54:51 UTC
**Post**

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-23 00:20:30 UTC
**Post**

**Id**                  ████████████████
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-22 02:07:20 UTC
**Post**                After watching the patriots in Oregon, should we do the same soon ? (Just a simple question) because if you ask me, I think this should be seriously considered

Texas v Pennsylvania et al (████████████████)
**Post Author**         Jeramiah Ray Caplinger (████████████████)
**Post Date**           2020-12-11 03:13:42 UTC
**Post**                Anyone else ?



**Photo ID**

**Id**

**Title**

**Link** https://www.facebook.com

**Upload Ip**

**Album Name** Deleted by Facebook

**Uploaded** 2020-12-29 17:44:52 UTC

**Orientation** 1

**Tags**

**Comments**       **User** Jeramiah Ray Caplinger (                    )
                   **Text** I say storm the capitals
                   **Time** 2020-12-29 17:45:36 UTC

**Author** Jeramiah Ray Caplinger █████████████████
**Sent** 2020-12-29 04:53:28 UTC
**Body** ████████

**Author** ████████████████████████████
**Sent** 2021-01-05 23:22:50 UTC
**Body** Hi

**Author** Jeramiah Ray Caplinger █████████████
**Sent** 2021-01-05 23:23:39 UTC
**Body** Hi

**Author** ████████████████████████████
**Sent** 2021-01-05 23:23:49 UTC
**Body** What's up

**Author** Jeramiah Ray Caplinger █████████████
**Sent** 2021-01-05 23:24:04 UTC
**Body** Driving

**Author** ████████████████████████████
**Sent** 2021-01-05 23:24:37 UTC
**Body** Oic sorry for bothering you

**Author** Jeramiah Ray Caplinger █████████████
**Sent** 2021-01-05 23:27:05 UTC
**Body** You're fine what's up

**Author** ████████████████████████████
**Sent** 2021-01-05 23:27:44 UTC
**Body** Nothing. Just feeling really sorry for myself atm

**Author** Jeramiah Ray Caplinger (███████████████)
**Sent** 2021-01-05 23:28:47 UTC
**Body** What's goin on

**Author** ████████████████████████████
**Sent** 2021-01-05 23:30:11 UTC
**Body** A lot. Too much to explain really. But if anyone thought I was going threw it before I'm really hating it now lol but it is what it is.

**Author** Jeramiah Ray Caplinger (███████████████)
**Sent** 2021-01-05 23:32:43 UTC
**Body** Oh I'm sorry

**Author** ████████████████████████████
**Sent** 2021-01-05 23:32:53 UTC
**Body** Don't be. It's my own fault

**Author** Jeramiah Ray Caplinger (██████████ | ███████)
**Sent** 2021-01-05 23:33:51 UTC
**Body** Still it sucks especially when it's your own fault

**Author** ████████████████████████████
**Sent** 2021-01-06 21:34:53 UTC
**Body** You're good sorry for the late reply, but how's rioting going lol ?

**Author** Jeramiah Ray Caplinger (██████████ | ███████)

**Sent**    2021-01-06 21:38:56 UTC
**Body**    Greeaat

**Author**  Jeramiah Ray Caplinger ███████████████
**Sent**    2021-01-06 21:39:02 UTC
**Body**    One lady already shot

**Author**  ████████████████████████
**Sent**    2021-01-06 21:39:31 UTC
**Body**    Oh my

**Author**  Jeramiah Ray Caplinger ██████████████
**Sent**    2021-01-06 21:41:02 UTC
**Body**    Glad I had body armor

**Author**  ████████████████████████
**Sent**    2021-01-07 16:23:15 UTC
**Body**    So were on the news last night ?

**Author**  Jeramiah Ray Caplinger ██████████████)
**Sent**    2021-01-07 16:23:58 UTC
**Body**    Who me ?

**Author**  ██████████████████████)
**Sent**    2021-01-07 16:24:05 UTC
**Body**    Yes you

**Author**  Jeramiah Ray Caplinger ██████████████)
**Sent**    2021-01-07 16:24:08 UTC
**Body**    Nnooooo XD

**Author**  ███████████████████
**Sent**    2021-01-07 16:24:17 UTC
**Body**    Yah you were on cnn

**Author**  Jeramiah Ray Caplinger ██████████████
**Sent**    2021-01-07 16:24:32 UTC
**Body**    Lmfao ik mom called me to tell me that

**Author**  ██████████████████
**Sent**    2021-01-07 16:24:45 UTC
**Body**    Shame

**Author**  Jeramiah Ray Caplinger ██████████████
**Sent**    2021-01-07 16:24:55 UTC
**Body**    Why ?

**Author**  Jeramiah Ray Caplinger ██████████████)
**Sent**    2021-01-07 16:25:03 UTC
**Body**    You sent 3 photos.
**Attachments**  image-1003787243445244 ████████████████
**Type**    image/jpeg
**Size**    76586
**URL**     https://interncache-nao.fbcdn.net/v/t1.15752-9/1
            36958417_1003787246778577_3803137888194
            284969_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=e
            yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
            bW9nZW46RFJ1TWVkaWFVdGlscyJ9&_nc_ad=z-

m&_nc_cid=0&_nc_ht=interncache-nao&oh=2a
8b7c0562a4c657846e4770318913b0&oe=6079
BADB



**Photo ID**

██████████████

image-439210187237780 (████████████████)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 52970 |
| **URL** | https://interncache-nao.fbcdn.net/v/t1.15752-9/1 36738023_439210190571113_30313951775729 75775_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m &_nc_cid=0&_nc_ht=interncache-nao&oh=7cdb 1eff12dc3bdf1ef9d9fddeff7ed4&oe=607AEDEC |



**Photo ID**

image-232328071736417 (████████████)

**Type** image/jpeg
**Size** 75201
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
37040065_232328075069750_23172091851465
50991_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=0b04
fc8554a47540bd2a3e84befca590&oe=607B24A
8



**Photo ID** ███████████

| | |
|---|---|
| **Author** | Jeramiah Ray Caplinger (Facebook: ███████████) |
| **Sent** | 2021-01-07 16:25:09 UTC |
| **Body** | You sent 4 photos. |
| **Attachments** | image-170770788128537 (███████████) |
| **Type** | image/jpeg |
| **Size** | 61292 |
| **URL** | https://interncache-nao.fbcdn.net/v/t1.15752-0/p600x600/136767079_170771108128505_4919751536616523426_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&tp=6&oh=9aa35747b315da2c722760821c742de4&oe=607C8941 |



**Photo ID** ███████████

image-3629946980419578 (███████████)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 55615 |
| **URL** | https://interncache-nao.fbcdn.net/v/t1.15752-0/p |

600x600/136807936_3629948133752796_7611
783252987178252_n.jpg?ccb=1-3&_nc_sid=73a
6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Ns
aWVudC9pbW9nZW46RFlJTWVkaWFFdGlsccyJ9&_
nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=e420289d6c7c4ce639a1cd012c964
3c8&oe=6079EF69



**Photo ID** ██████████████

image-1382207035505871 (████████████████)
**Type** image/jpeg
**Size** 51287
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-0/p
600x600/137204827_1382207642172477_1177
138372254051511_n.jpg?ccb=1-3&_nc_sid=73a
6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Ns
aWVudC9pbW9nZW46RFlJTWVkaWFFdGlsccyJ9&_
nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=9db15ba5e17bfd6f1975b967bb46f6
49&oe=607ABB64



**Photo ID** ████████████

image-402123321062724 (████████████)
**Type** image/jpeg
**Size** 36146
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-0/p
600x600/136650064_216086586844709_76932
1071106290097_n.jpg?ccb=1-3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFWdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=260f7ae4879986a750cc5dde49be3
997&oe=607ADFBE



**Photo ID** ██████████

**Author** Jeramiah Ray Caplinger ████████████
  **Sent** 2021-01-07 16:25:12 UTC
  **Body** Inside

**Author** ████████████████████████
  **Sent** 2021-01-07 16:25:18 UTC
  **Body** Oh wow

**Author** Jeramiah Ray Caplinger ████████████
  **Sent** 2021-01-07 16:26:41 UTC
  **Body** They drink on the job them an thier staff

**Author** ████████████████████████
  **Sent** 2021-01-07 16:43:48 UTC
  **Body** That's not shocking

**Author** Jeramiah Ray Caplinger ████████████
  **Sent** 2021-01-07 16:45:19 UTC
  **Body** ████ fucking crying :/

**Author** ████████████████████████
  **Sent** 2021-01-07 17:01:44 UTC
  **Body** Why

**Author** Jeramiah Ray Caplinger ████████████
  **Sent** 2021-01-07 17:03:59 UTC
  **Body** Worried I'll go to prison

**Author** ████████████████████████
  **Sent** 2021-01-07 17:04:15 UTC



**Photo ID** ████████████

**Posted** 2021-02-18 03:49:34 UTC
**Status** Smh
**Mobile** true
**Id** 2975495182694912



**Photo ID** ████████████

**Posted** 2021-02-17 22:16:28 UTC
**Status**
**Mobile** false
**Id** 2975341209376976



**Photo ID** ████████████

**Posted** 2021-01-08 02:47:01 UTC
**Status** Hope everyone who went to D.C makes it home safe and sound things are only going to escalate and get worse going forward
**Mobile** true
**Id** ████████████
**Comments**        **User** ████████████████████
                   **Text** How do you know
                   **Time** 2021-01-08 03:18:21 UTC

                   **User** ██████████████████████
                   **Text** Probably. https://youtu.be/dtlKl_-bk1E
                   **Time** 2021-01-08 06:42:55 UTC

**Posted** 2021-01-06 02:38:20 UTC
**Status** Made it to D.C :D
**Mobile** true

**User** Jeramiah Ray Caplinger (█████████████████

**Text** @███████████████████ why you up lol

**Time** 2021-01-03 05:53:16 UTC

**User** ████████████████████

**Text** @██████████████████████████████████], I didn't hve to wrk & I went to the drive in

**Time** 2021-01-03 11:15:23 UTC

**Media**

**Date Created** 2021-01-08 16:53:13 UTC

**Link** https://www.facebook.com/████████████████████

**Summary**

**Text**

**Title** Status Update

**Media**



**Photo ID** ██████████████

**Date Created** 2021-01-08 16:53:03 UTC

**Link** https://www.facebook.com/████████████████████

**Summary**

**Text** As said by Cersi Lannister "I choose violence"

**Title** Status Update

**Media**

**Author** Jeramiah Ray Caplinger ██████████████
**Sent** 2021-01-26 00:06:34 UTC
**Body** Lol

**Author** ████████████████████
**Sent** 2021-01-26 00:06:37 UTC
**Body** Okay

**Author** Jeramiah Ray Caplinger ██████████████
**Sent** 2021-01-26 00:07:23 UTC
**Body** If I seen anything else I'll let you know

**Author** ████████████████████
**Sent** 2021-01-26 00:07:23 UTC
**Body** I dont even have Twitter so its like why am I on there??

**Author** ████████████████████
**Sent** 2021-01-26 00:07:38 UTC
**Body** Nice to meet you as well

**Author** ████████████████████
**Sent** 2021-01-26 00:07:41 UTC
**Body** That was on ██████ what did he say??

**Author** ████████████████████
**Sent** 2021-01-26 00:07:42 UTC
**Body** Can you help me report it down please???

**Author** ████████████████████
**Sent** 2021-01-26 00:08:14 UTC
**Body** Thanks in advance

**Author** Jeramiah Ray Caplinger ██████████████
**Sent** 2021-01-26 00:08:32 UTC
**Body** Thier using other peoples videos and pictures to track people, no it was not on ██████, I was watching it when I took that screen shot

**Author** Jeramiah Ray Caplinger (██████████████████)
**Sent** 2021-01-26 00:08:48 UTC
**Body** And ya I can try

**Author** ████████████████████
**Sent** 2021-01-26 00:09:31 UTC
**Body** Oh ok yeah cause the FBI showed up at my house and already asked me

**Author** ████████████████████
**Sent** 2021-01-26 00:09:47 UTC
**Body** They knew it was bullshit

**Author** Jeramiah Ray Caplinger (██████████████████)
**Sent** 2021-01-26 00:10:28 UTC
**Body** Damn really ? That's fucked up :/ I got out up there so I'm just waiting at this point

**Author** ████████████████████
**Sent** 2021-01-26 00:10:57 UTC

**Body**  You went??

**Author**  Jeramiah Ray Caplinger (██████████)
**Sent**  2021-01-26 00:11:44 UTC
**Body**  To DC ? Ya

**Author**  ████████████████████
**Sent**  2021-01-26 00:12:12 UTC
**Body**  Oh ok yeah they'll probably show up. Sorry man

**Author**  Jeramiah Ray Caplinger (██████████)
**Sent**  2021-01-26 00:12:56 UTC
**Body**  Why ? No need to be sorry I did nothing wrong as for many others

**Author**  ████████████████████
**Sent**  2021-01-26 00:13:09 UTC
**Body**  Exactly

**Author**  ████████████████████
**Sent**  2021-01-26 00:13:27 UTC
**Body**  I sang the national anthem all that shit

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-01-26 00:13:40 UTC
**Body**  People were literally let in

**Author**  Jeramiah Ray Caplinger (██████████)
**Sent**  2021-01-26 00:13:43 UTC
**Body**  And nice

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-01-26 00:14:16 UTC
**Body**  I helped carry that giant american flag from Trump's speech to the capitol building

**Author**  ████████████████████
**Sent**  2021-01-26 00:14:30 UTC
**Body**  Wow thats cool

**Author**  Jeramiah Ray Caplinger (██████████)
**Sent**  2021-01-26 00:15:00 UTC
**Body**  It was lol if I may ask where are you from ?

**Author**  ████████████████████
**Sent**  2021-01-26 00:15:37 UTC
**Body**  I live in Michigan

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-01-26 00:15:56 UTC
**Body**  Well I figured that lol, I live in taylor

**Author**  ████████████████████
**Sent**  2021-01-26 00:18:40 UTC
**Body**  Holly

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-01-26 00:19:53 UTC
**Body**  That's cool, I've delivered freight in that area before it's nice out

**Thread**
(███████████████)

**Current** 2021-03-19 21:11:48 UTC
**Participants** ████████████████████
Jeramiah Ray Caplinger (████████████████████)

**Author** ██████████████████████
**Sent** 2021-01-29 15:42:01 UTC
**Body** Hello Jeramiah, I'm a reporter with MLive working with ██████
████. Are you still interested in meeting with us in Taylor on
Saturday evening? We'd like to meet in the Taco Bell parking lot at
10060 Telegraph Rd. if that works for you. Please let me know.
Thank you.

**Author** Jeramiah Ray Caplinger (████████████████████)
**Sent** 2021-02-11 15:20:10 UTC
**Body** Ok

**Author** Jeramiah Ray Caplinger (████████████████████)
**Sent** 2021-02-11 15:20:10 UTC
**Body** You can now message and call each other and see info like Active
Status and when you've read messages.

**Author** ██████████████████████
**Sent** 2021-02-11 20:09:34 UTC
**Body** Thanks for responding. Do you have time to call me at ██████
████? I'm not available this Saturday but would like to talk
with you.

**Author** Jeramiah Ray Caplinger (████████████████████)
**Sent** 2021-02-11 20:10:21 UTC
**Body** Sure, however I'm at the moment preoccupied is around 8 ok

**Author** ██████████████████████
**Sent** 2021-02-11 20:11:35 UTC
**Body** Yes, that works for me

**Author** Jeramiah Ray Caplinger ████████████████████
**Sent** 2021-02-11 20:11:44 UTC
**Body** Ooook

**Author** ██████████████████████
**Sent** 2021-02-12 01:07:58 UTC
**Body** Still able to give me a call?

**Author** Jeramiah Ray Caplinger ████████████████████
**Sent** 2021-02-12 01:12:15 UTC
**Body** Calling now

**Author** ██████████████████████
**Sent** 2021-02-12 02:52:06 UTC
**Body** I just realized that I think we may have talked to each other when
████████████ held a rally in Lansing back in November. I'm not
sure if it was you though. Were you there?

**Author** Jeramiah Ray Caplinger ████████████████████
**Sent** 2021-02-12 02:56:07 UTC
**Body** Idk the name possibly tho

**Author**

**Sent** 2021-02-12 02:57:00 UTC
**Body** It was on Nov. 11. There was someone I talked to who kind of looked like you but I didn't get their name.

**Author** Jeramiah Ray Caplinger
**Sent** 2021-02-12 02:58:32 UTC
**Body** No, I wasn't there on the 11th

**Author**

**Sent** 2021-02-12 02:59:02 UTC
**Body** Ok, thanks for clearing that up.

**Author** Jeramiah Ray Caplinger
**Sent** 2021-02-12 02:59:32 UTC
**Body** No problem

**Author**

**Sent** 2021-02-12 03:32:16 UTC
**Body** This video seems to show you climbing a wall outside the Capitol. That's slightly different from how you described it. Can you clear this up for me too?

**Share** https://twitter.com/RationalDis/status/1346908229524217860
**Date Created** 2021-02-12 03:32:13 UTC
**Summary** "Trump Supporters are scaling walls in an attempt to take over the capital https://t.co/Zn0tNQShDh"
**Title** Rational Disconnect on Twitter
**Url** https://twitter.com/RationalDis/status/13469082 29524217860

**Author** Jeramiah Ray Caplinger
**Sent** 2021-02-12 03:34:23 UTC
**Body** My apologies, yes I did climb a wall it looked fun

**Author**

**Sent** 2021-02-12 15:50:02 UTC
**Body** Do you have any photos of yourself you'd be able to send me to include in my report? Either a photo of you at DC or if you could take a photo of yourself today that would be great.

**Author** Jeramiah Ray Caplinger
**Sent** 2021-02-12 16:00:07 UTC
**Body** You sent a photo.
**Attachments** image-2282810141863553 (
**Type** image/jpeg
**Size** 109782
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1 49646088_2282810148530219_4918752337779 954796_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=e yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p bW9nZW46RFlJTWVkaWFFVgGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=b1 3baa99358166c8b73118074c47af4a&oe=607C 5591



**Photo ID**

███████████████

**Author** Jeremiah Ray Caplinger ███████████████
**Sent** 2021-02-12 16:00:19 UTC
**Body** Check ✔ for checkers lol

**Author** ███████████████████████
**Sent** 2021-02-12 16:01:13 UTC
**Body** I used to get those 2 for $5 Big Bufords a lot when I was a cash-strapped college student

**Author** Jeremiah Ray Caplinger (███████████████
**Sent** 2021-02-12 16:02:05 UTC
**Body** Lol I once had to live on mcdonald's for a little over a month, I wish ik knew more about that then

**Author** Jeremiah Ray Caplinger ████████████████
**Sent** 2021-02-12 16:02:27 UTC
**Body** 2 for 5 big buford's are good

**Author** ███████████████████████
**Sent** 2021-02-12 16:05:36 UTC
**Body** Do you have any photos or videos from the Capitol?

**Author** Jeremiah Ray Caplinger (███████████████
**Sent** 2021-02-12 16:07:39 UTC
**Body** You sent 12 photos.
**Attachments** image-726703588016843 (███████████████)
**Type** image/jpeg
**Size** 76586
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/136958417_1003787246778577_3803137888194284969_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9zZW5kWFdudC9pbW9nZW46RFljTWVkkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=2a8b7c0562a4c657846e4770318913b0&oe=6079BADB



**Photo ID**

image-1254302028298628 (                        )

**Type** image/jpeg
**Size** 75201
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
37040065_232328075069750_23172091851465
50991_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWWFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=0b04
fc8554a47540bd2a3e84befca590&oe=607B24A
8



**Photo ID**

image-252198086375722 (

**Type** image/jpeg

**Size** 37112

**URL** https://interncache-nao.fbcdn.net/v/t.15752-9/1
36943293_1038139873332483_5558434936633
575833_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=08
1a94c3e74600d4b0df8a20da8c538e&oe=607A9
816



**Photo ID**

image-431477134752161 (

**Type** image/jpeg

**Size** 52970

**URL** https://interncache-nao.fbcdn.net/v/t.15752-9/1
36738023_439210190571113_30313951775729
75775_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m

&_nc_cid=0&_nc_ht=interncache-nao&oh=7cdb
1eff12dc3bdf1ef9d9fddeff7ed4&oe=607AEDEC



**Photo ID**

image-748931482398370 (█████████████)

**Type** image/jpeg
**Size** 68990
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
36929894_157728179163156_18636587060488
60992_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=fbbf7
63555411f0850dddfe73dedfbc9&oe=607AFB26



**Photo ID**

image-1102474446901095 (██████████)

**Type** image/jpeg
**Size** 41718
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
36975275_166036661970073_40484264150338
46350_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX3NuaWdVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=50ca
587f7acf3986f1c4bb84dbdcc613&oe=607B0ED
E



**Photo ID**

██████████████

image-3886762564716145 (████████████)
**Type** image/jpeg
**Size** 51298
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
39678659_448368203004680_21343872948313
06701_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=6d9a
18cfe565774cb39050b1d1315ca7&oe=6079AE
B7



**Photo ID**

███████████████

image-176779507209036 (███████████████)

**Type** image/jpeg
**Size** 105042
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
36958554_1028886904261951_1183724492848
899514_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFWdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=21
24e5fd255d1b0d9913434a6ecb5d0e&oe=607C
83C6



**Photo ID** ███████████

image-437052757538826 (███████████)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 38753 |
| **URL** | https://interncache-nao.fbcdn.net/v/t1.15752-0/p600x600/139905536_1157812184673815_1384767071293941682_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZW46RFljTWVkaWFFVdGlscycyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&tp=6&oh=800c8d4ec8cfdf5995003f2797e761cb&oe=607ABDC8 |



**Photo ID** ███████████

image-194890069086531 (███████████)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 58073 |
| **URL** | https://interncache-nao.fbcdn.net/v/t1.15752-0/p600x600/139434584_2477961319176799_363665585509526503_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZW46RFljTWVkaWFFVdGlscycyJ9&_n |

c_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=4a32f8026321ebec7f0a669eb5623f
47&oe=60799FF1



**Photo ID** ▮▮▮▮▮▮▮▮▮▮

image-462981088048819 ( ▮▮▮▮▮▮▮▮▮▮ )

**Type** image/jpeg
**Size** 39515
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-0/p
600x600/139765203_2819788538257031_5547
134329246215019_n.jpg?ccb=1-3&_nc_sid=73a
6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Ns
aWVudC9pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_
nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=cdf62957dc0c4a4c665113148704cd
dd&oe=607B4F5F



**Photo ID** █████████████

image-332133564800107 (█████████████)

**Type** image/jpeg
**Size** 49718
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-0/p
600x600/139859163_1126522817815460_6286
152364323770720_n.jpg?ccb=1-3&_nc_sid=73a
6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Ns
aWVudC9pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_
nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao
&tp=6&oh=0d1b2c749fc1d7fe226135dedf1f98c
e&oe=607C3C71



**Photo ID** ⬛⬛⬛⬛⬛⬛

**Author** Jeramiah Ray Caplinger ⬛⬛⬛⬛⬛⬛
  **Sent** 2021-02-12 16:08:20 UTC
  **Body** I don't really take many pictures

**Author** ⬛⬛⬛⬛⬛⬛
  **Sent** 2021-02-12 16:08:36 UTC
  **Body** These are really interesting. Can I have permission to publish these?

**Author** Jeramiah Ray Caplinger (⬛⬛⬛⬛⬛⬛
  **Sent** 2021-02-12 16:12:01 UTC
  **Body** You may

**Author** ⬛⬛⬛⬛⬛⬛
  **Sent** 2021-02-12 16:13:05 UTC
  **Body** Thank you, I really appreciate it.

**Author** Jeramiah Ray Caplinger ⬛⬛⬛⬛⬛⬛
  **Sent** 2021-02-12 16:13:35 UTC
  **Body** You're welcome

**Author** ⬛⬛⬛⬛⬛⬛

**Sent**  2021-02-12 16:39:10 UTC
**Body**  Would you be interested in meeting with me and a photographer? Let me know what your schedule looks like.

**Author**  Jeramiah Ray Caplinger ███████████████
**Sent**  2021-02-12 16:59:12 UTC
**Body**  I'm off Saturday and Sundays

**Author**  Jeramiah Ray Caplinger ( ████████████████
**Sent**  2021-02-12 16:59:24 UTC
**Body**  So Sunday afternoon

**Author**  ████████████████████████
**Sent**  2021-02-12 17:02:12 UTC
**Body**  Do you live in Taylor?

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-02-12 17:02:22 UTC
**Body**  Yupp

**Author**  ████████████████████████
**Sent**  2021-02-12 17:04:40 UTC
**Body**  OK, I'd like to come out on Sunday afternoon then. What time works for you? Could we come to your house?

**Author**  Jeramiah Ray Caplinger ( ███████████████
**Sent**  2021-02-12 17:07:26 UTC
**Body**  you may come to my home, 2pm ?

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-02-12 17:07:56 UTC
**Body**  However I will not give you my address until the day of

**Author**  ████████████████████████
**Sent**  2021-02-12 17:12:16 UTC
**Body**  Great, thank you. Please let me know in the morning on Sunday.

**Author**  Jeramiah Ray Caplinger ███████████████
**Sent**  2021-02-12 17:14:36 UTC
**Body**  Will do

**Author**  ████████████████████████
**Sent**  2021-02-14 13:59:30 UTC
**Body**  Good morning! Please let me know your address so we can meet you today at 2

**Author**  Jeramiah Ray Caplinger ████████████
**Sent**  2021-02-14 14:07:05 UTC
**Body**  Good morning, ████████████

**Author**  ████████████████████████
**Sent**  2021-02-14 19:03:07 UTC
**Body**  We're walking up

**Author**  ████████████████████████
**Sent**  2021-02-15 20:55:02 UTC
**Body**  Our story published today
https://www.mlive.com/politics/2021/02/fueled-by-rage-over-a-stole

n-election-a-michigan-man-breached-the-us-capitol-after-trumps-call-to-action.html

**Share**       **Date Created**  2021-02-15 20:55:02 UTC
          **Summary**  A Taylor man has no regrets after entering the Capitol on Jan. 6.
             **Title**  Fueled by rage over a 'stolen election,' a Michigan man breached the U.S. Capitol after Trump's call to action
               **Url**  https://www.mlive.com/politics/2021/02/fueled-by-rage-over-a-stolen-election-a-michigan-man-breached-the-us-capitol-after-trumps-call-to-action.html

**Author**  ██████████████████████████
  **Sent**  2021-02-22 16:13:33 UTC
  **Body**  Hey Jeramiah, just wanted to check in with you and see how things are going. Have you found a new job? Any news about your mayor/state rep campaign?



**Time**       2021-03-03 15:47:03 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger replied to a comment. ` ███████████████████
               ████  so when a mob forms and trys to battery this person, if that individual is in
               fear of their life because a mob is out for their blood, that individual has a right
               defend themselves correct?  What happens if that person is a gun owner?  I think a lot
               of people would fire on a mob trying to do them harm.`
**Object Id**  S:_I100007033771341:1585703104970776:6

**Time**       2021-03-03 15:42:56 UTC
**Type**       Shares
**Summary**
**Object Id**  S:_I100007033771341:2985433895034374

**Time**       2021-03-03 15:42:45 UTC
**Type**       Shares
**Summary**
**Object Id**  S:_I100007033771341:2985433811701049

**Time**       2021-03-03 15:30:07 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger commented. `Wow so desperate for rage based clicks your
               talking about plastic soldiers? Again you all should be fired`
**Object Id**  S:_I100007033771341:1585703104970776:5

**Time**       2021-03-03 15:27:49 UTC
**Type**       Search
**Summary**    Jeramiah Ray Caplinger searched for "Frank Donnelly".
**Object Id**  S:_I100007033771341:2982083142036116:14

**Time**       2021-03-03 15:26:59 UTC
**Type**       Search
**Summary**    Jeramiah Ray Caplinger searched for "Detroit News".
**Object Id**  S:_I100007033771341:2982083145369449:19

**Time**       2021-03-03 15:25:39 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger commented. `They think it's been enough time since the
               election, they may think "we should be safe now"`
**Object Id**  S:_I100007033771341:1585703104970776:4

**Time**       2021-03-03 15:22:27 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger commented. `Oh look, giving out tax payer dollars as hush
               money, what a true democrat`
**Object Id**  S:_I100007033771341:1585703104970776:3

**Time**       2021-03-03 15:11:08 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger commented. `Blah blah blah`
**Object Id**  S:_I100007033771341:1585703104970776:1

**Time**       2021-03-03 15:06:53 UTC
**Type**       Comments
**Summary**    Jeramiah Ray Caplinger commented. `Everyone, find someone you truly believe in
               and do a write in candidate writes ins count and can win, if said candidate has the
               support of the people`