UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-342-PLF |
| **JERAMIAH CAPLINGER** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Michael Gordon hereby enters his appearance in the above referenced matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Michael M. Gordon
Michael M. Gordon
Assistant United States Attorney
New York Bar No. 5069380
Detailee to the United States Attorney's Office
for the District of Columbia
from the United States Attorney's Office
for the Middle District of Florida
Telephone No. (813) 274-6370
Michael.Gordon3@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 31st day of January 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  */s/ Michael M. Gordon*
                                                  MICHAEL M. GORDON
                                                  Assistant United States Attorney