UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-cr-342 (PLF) |
| ) | |
| JEREMIAH CAPLINGER, ) | |
| ) | |
| Defendant ) | |
| _____) | |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF AMICUS CURIAE

On January 31, 2022, the Court appointed the Federal Public Defender ("FPD") to file an amicus brief on the legal issue of "whether the Sentencing Reform Act of 1984, 18 U.S.C. § 3551 *et seq.*, prohibits the Court from imposing both a custodial sentence and a sentence of probation for a violation of 40 U.S.C. § 5104(d), a petty offense Class B misdemeanor." Order, ECF 48. The Court directed the FPD to file the amicus brief on or before February 18, 2022. Min. Entry (Jan. 31, 2022).

The FPD respectfully requests an extension of time to February 23, 2022 to file the brief. The FPD has been diligently working on the brief but has been overwhelmed with various other matters. In addition, the issue is more complex than originally anticipated, and is of great importance. Therefore, the FPD requests that the Court extend the deadline to file the amicus brief to February 23, 2022. A proposed order is attached.

Respectfully submitted,

_____/s/_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1