UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   No. 21-cr-342 (PLF) |
| | ) |
| JEREMIAH CAPLINGER, | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of the Federal Public Defender's Motion for Extension of Time to File Brief of Amicus Curiae, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Federal Public Defender shall file the brief on or before February 23, 2022.

DATE:  February 19, 2022


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE