UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-342-PLF |
| | : | |
| JERAMIAH CAPLINGER, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the United States' Motion for a 5-Day Extension of Time to File Reply Brief, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The United States shall file the brief on or before March 9, 2022.

DATE: March 3, 2022

/s/
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE