# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 21-cr-342 (PLF) |
| JERAMIAH CAPLINGER, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE AS AMICUS COUNSEL

Please enter the appearance of Assistant Federal Public Defender Celia Goetzl as amicus counsel on behalf of the defendant, Jeramiah Caplinger, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
CELIA GOETZL
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Celia_Goetzl@fd.org