Kashif G. Rasool, MD
8415 Allen Rd, Allen Park. Michigan 48101
Phone: (313) 841-3310, drgeneral@hotmail.com

April 11th, 2022

Honorable Judge Paul Friedman, D.C. District Judge
c/o Attorney James Gerometta
Email: james_gerometta@fd.org

Re:   Mr. Jeramiah R. Caplinger                     CR 21-342 (PLF)

Honorable Judge Paul Friedman

My name is Dr. Kashif G. Rasool and Mr. Jeramiah Caplinger is my patient and I certified that he has met the qualifications to apply for the Michigan Medical Marijuana Program.

Jeramiah suffers from lower back, neck pains and stress/anxiety that causes him to lose sleep most nights. Chronic pain is a debilitating medical condition for which medical marijuana is an approved treatment.

Jeramiah Caplinger's use of marijuana for medicinal purposes is preferred to other prescribed medications because of addiction concerns.

Respectfully,

*[signature]*

Dr. Kashif G. Rasool, MD
Family Medicine

Let this be filed.

Digitally signed by
Paul L. Friedman
Date: 2022.04.14
10:47:51 -04'00'

PAUL L. FRIEDMAN
United States District Judge

DATE: April 14, 2022