UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CASE NO.: 21-cr-342 PLF

JERAMIAH CAPLINGER,

        Defendant.
_____/

**JOINT STATUS REPORT**

Pursuant to the Court's June 14, 2022, docket entry directing the parties to meet and confer regarding a sentencing date in the above captioned case, the parties have discussed their availability for sentencing. Both government and defense counsel have limited availability and requests one of the following dates in order of preference:

- August 15, 2022
- August 5, 2022
- August 1-3, 2022
- July 18-20, 2022

The parties request a due date for any supplemental sentencing they may elect to file 10 days prior to the scheduled sentencing date. If the Court lacks availability on one of these dates, the parties request a September sentencing date and can work to provide a list of available dates if necessary.

Submitted,

s/James R. Gerometta
Counsel for Jeramiah Caplinger
Federal Community Defender
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Email: james_gerometta@fd.org
Phone: 313.967.5542

/s John M. Pierce (with consent)
Counsel for Jeramiah Caplinger
John Pierce Law
21550 Oxnard St.
3rd Floor
Woodland Hills, CA 91367

/s Michael Gordon (with consent)
Assistant United States Attorney
Detailed to the U.S. Attorneys Office for the District of Columbia
400 N. Tampa St.
Suite 3200
Tampa, FL 33602

June 21, 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CASE NO.: 21-cr-342 PLF

JERAMIAH CAPLINGER,

        Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I, hereby certify that on June 21, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                              **FEDERAL COMMUNITY DEFENDER**

                              s/James R. Gerometta
                              Assistant Federal Defender
                              613 Abbott Street, Suite 500
                              Detroit, MI 48226
                              Phone: 313-967-5839
                              E-mail: james_gerometta@fd.org
                              P60260

Dated: June 21, 2022