UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
           v.                           )        Criminal No. 21-0342 (PLF)
                                        )
JEREMIAH CAPLINGER,                     )
                                        )
           Defendant.                   )
_____)


ORDER

        Upon consideration of the government's Assented-to Motion to Seal Exhibit A

[Dkt. No. 45], and for good cause shown, it is hereby

        ORDERED that the government's Motion is GRANTED; and

        FURTHER ORDERED that Exhibit A to the government's Sentencing

Memorandum [Dkt. No. 46] is to be filed under seal.

        SO ORDERED.


                                        _____
                                        PAUL L. FRIEDMAN
                                        United States District Judge


DATE:  July 26, 2022