UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-342-PLF |
| | : | |
| JERAMIAH CAPLINGER, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS COUNTS 1-4**

On May 5, 2021, the United States Attorney charged the defendant in a five-count Information. Doc. 11. On November 5, 2021, the defendant pleaded guilty to Count Five of the Information via a plea agreement. Doc. 36. One provision of the plea agreement states that "In consideration of your [] guilty plea to [Count Five of the Information] . . . The Government will request that the Court dismiss the remaining counts of the Information in this case at the time of sentencing." *Id.* at 2.

On August 1, 2022, the Court sentenced the defendant for his conviction on Count Five, but the United States did not formally dismiss the remaining counts of the Information on the record. The United States hereby moves to dismiss Counts One through Four of the Information, thus fully resolving this case in accordance with the plea agreement.

    Sincerely,

    MATTHEW GRAVES
    United States Attorney

    By:   /s/ *Michael M. Gordon*
            Michael M. Gordon
            Assistant United States Attorney
            Detailed to the
            United States Attorney's Office

for the District of Columbia from the
United States Attorney's Office
for the Middle District of Florida
Telephone No. (813) 274-6370
michael.gordon3@usdoj.gov