UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0342 (PLF) |
| JERAMIAH CAPLINGER, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On June 7, 2022, the Court concluded that the federal sentencing statutes, 18 U.S.C. § 3551 et seq., permit the Court to impose both a custodial sentence and a sentence of probation for a violation of 40 U.S.C. § 5104(d), a petty offense, Class B misdemeanor. See Opinion [Dkt. No. 65] at 1, 17. In accordance with that Opinion, on August 1, 2022, the Court sentenced defendant Jeramiah Caplinger to 35 days of imprisonment followed by 24 months of probation for his guilty plea to one count of stepping, climbing, removing, or injuring property on the U.S. Capitol grounds in violation of 40 U.S.C. § 5104(d). See Minute Entry (Aug. 1, 2022); Judgment [Dkt. No. 74]. Mr. Caplinger objected to the legality of such sentence. See Defendant's Sentencing Memorandum [Dkt. No. 47]; Defendant's Supplemental Brief Regarding "Split Sentence" [Dkt. No. 51].

On August 16, 2022, Mr. Caplinger timely filed a notice of appeal, "intending to raise the 'split sentence' issue." Motion for Bond Pending Appeal [Dkt. No. 78] at ¶ 3; see also Notice of Appeal [Dkt. No. 76]. Mr. Caplinger argues that his appeal raises "a substantial question of law or fact," and therefore warrants that he remains free on bond pending appeal pursuant to 18 U.S.C. § 3143(b)(1)(B). Brief in Support of Motion for Bond Pending Appeal

[Dkt. No. 78] at 2.  The government responded to Mr. Caplinger's motion on September 1, 2022, stating that "the United States does not oppose the defendant's request" and agreeing with Mr. Caplinger that "it is appropriate to allow the defendant to remain out on bond, pursuant to 18 U.S.C. § 3143(b)(1), pending appeal."  Government's Non-Opposition to Defendant's Motion for Bond While He Appeals His Sentence [Dkt. No. 79] at 1.  The Court concludes that Mr. Caplinger's bond pending appeal pursuant to 18 U.S.C. § 3143(b)(1) is proper.  Accordingly, it is hereby

ORDERED that Mr. Caplinger's Motion for Bond Pending Appeal [Dkt. No. 78] is GRANTED; and it is

FURTHER ORDERED that all conditions imposed by Magistrate Judge Harvey in the Order Setting Conditions of Release [Dkt. No. 9], as modified by this Court's Order Modifying Conditions of Release [Dkt. No. 38], shall remain in full force and effect.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:     September 2, 2022