UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERAMIAH CAPLINGER,<br><br>Defendant. | Case No. 21-cr-0342 (PLF) |

## ORDER

Pending before the Court[1] is Defendant's Unopposed Motion to Cancel Appellate Bond. *See* Unopposed Motion to Cancel Appellate Bond, ECF No. 84. On August 1, 2022, Defendant was sentenced to 35 days of imprisonment followed by 24 months of probation after pleading guilty to one count of Stepping, Climbing, Removing, or Injuring Property on the U.S. Capitol Grounds in violation of 40 U.S.C. § 5104(d). *See* Aug. 1, 2022 Min Entry; Judgment, ECF No. 74. Defendant appealed his sentence and is currently released on bond pending the resolution of his appeal. *See* Notice of Appeal, ECF No. 76; Order, ECF No. 80.

In the present Motion, Defendant asserts that it is in his best interest to serve his sentence as ordered, and requests that the Court cancel his bond and order him to report to Federal Correctional Institution ("FCI") Milan on February 20, 2023. *See* Unopposed Motion to Cancel Appellate Bond at 2. Defendant's Motion reserves his right to request a delay in reporting to FCI Milan if his appeal is decided in his favor prior to February 20, 2023. *See id.* at 2. Defendant asserts that the United States does not oppose his Motion. *See id.*

Based upon the representations in Defendant's Motion, and upon consideration of the entire record, it is hereby

---

[1] Judge Friedman referred this motion to the duty Magistrate Judge for resolution.

ORDERED that Defendant's Unopposed Motion to Cancel Appellate Bond is GRANTED; it is further

ORDERED that Defendant shall report to FCI Milan on February 20, 2023; and it is further

ORDERED that Defendant may file a motion requesting to delay his reporting to FCI Milan if his appeal is decided in his favor prior to February 20, 2023.

Date: February 8, 2023

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE