# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 22-3057                                    September Term, 2023

1:21-cr-00342-PLF-1

**Filed On:** February 21, 2024

United States of America,

        Appellee

    v.

Jeramiah Caplinger,

        Appellant


**BEFORE:**   Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to govern further proceedings and the opposition thereto; and the renewed motion to vacate, the opposition thereto, and the reply, it is

**ORDERED** that appellant's sentence be vacated and this case be remanded to the district court for resentencing.  See United States v. Little, 78 F.4th 453, 461 (D.C. Cir. 2023).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.


**Per Curiam**