**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 1:21-cr-342 (PLF)** |
| **v.** | **:** | |
| | **:** | |
| **JERAMIAH CAPLINGER,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

## JOINT STATUS REPORT IN RESPONSE TO THE COURT'S FEBRUARY 21, 2024 MINUTE ORDER

Pursuant to the Court's February 21, 2024 docket entry directing the parties to meet and confer regarding the need for resentencing, the parties have conferred and agree that a new sentencing is required. There is no dispute that Caplinger's split sentence of incarceration and probation is unlawful under the D.C. Circuit's decision in *United States v. Little*, 78 F.4th 453 (D.C. Cir. 2023). And, as in *Little*, the D.C. Circuit vacated the unlawful sentence in its entirety and remanded for resentencing here. *Id.* at 461 ("So we vacate Little's sentence and remand to the district court for resentencing."); *See,* ECF No. 89, Order as to Jeremiah Caplinger directing parties to meet and confer and file joint status report on or before March 6, 2024.

Both government and defense counsel have limited availability and request a date in the following time range:

- April 15 - May 9, 2022

The parties request a due date for any supplemental sentencing they may elect to file 10 days prior to the scheduled sentencing date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:    /s/ *Matthew Beckwith*_____
MATTHEW BECKWITH
DC Bar No: 90014452
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20004
(202) 252-7109
Matthew.Beckwith@usdoj.gov

/s/James R. Gerometta (With Consent)
Counsel for Jeramiah Caplinger
Federal Community Defender
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Email: james_gerometta@fd.org
Phone: 313.967.5542