UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JERAMIAH CAPLINGER, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 21-0342 (PLF) |

## ORDER

On February 21, 2024, the United States Court of Appeals for the District of Columbia Circuit ordered that defendant Jeramiah Caplinger's sentence be vacated and his case be remanded to the District Court for resentencing pursuant to United States v. Little, 78 F.4th 453, 461 (D.C. Cir. 2023). On March 6, 2024, the parties filed a joint status report indicating their availability for a resentencing hearing. It is hereby

ORDERED that the resentencing hearing will take place on April 16, 2024 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, DC 20001; it is further

ORDERED that the parties shall file memoranda in support of sentencing on or before March 29, 2024; and it is further

ORDERED that the parties shall file replies on or before April 9, 2024.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 3/13/24