# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-3057**　　　　　　　　　　　　　　　　　　**September Term, 2023**

1:21-cr-00342-PLF-1

Filed On: April 16, 2024 [2049876]

United States of America,

　　　　Appellee

　v.

Jeramiah Caplinger,

　　　　Appellant

## M A N D A T E

　　In accordance with the order of February 21, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed February 21, 2024